IN THE UNITED STATES DISTRICT COURT FOR THE MARYLAND

```
                                          X

       JOSEPH KAISAM                      X
          Petitioner
              VS:                         X    CASE
                                               JKB-16-1065
       UNITED STATES                      X    FILED / LODGED / ENTERED / RECEIVED
       IMMIGRATION CUSTOM ENFORCEMENT
          (ICE)                                APR - 7 2016
                   Respondent             X    CLERK U.S. DISTRICT COURT
                                               DISTRICT OF MARYLAND
                                               BY _____ DEPUTY
```

PETITIONER MOTION TO REMOVE DETAINER OR WRIT OF MANDAMUS TO THE ICE DIRECTORS TO CEASE/ILLEGAL/ UNCONSTITUTIONAL PRACTICE CARRIED OUT BY ICE OFFICIALS AND TO THE COURT OF UNITED STATES DISTRICT COURT DUE TO PETITIONER BEING HELD IN VIOLATION OF THE LAWS OF THE U.S. AND MARYLAND CONSTITUTION. ALSO FRAUD.

Comes Now, the petitioner (JOSEPH KAISAM 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), Prose in the abovestyled action and after duly being sworn depose

By _____
JOSEPH KAISAM 445897
P.O. BOX 534
JESSUP, MD 20794

Petitioner is a citizen of Sierra Leone and U.S. Permanent Resident. He was order removed on December, 2014. The U.S ICE still can not removed Petitioner to country of birth. The Petitioner was convicted September, 2009 and was released on August 2014. He was placed in the custody of ICE at that time. Petitioner later filed a relief for Post Conviction and he was set that Post Conviction on April 29, 2015. ICE sent Petitioner to a writ to P.G. County, Maryland for the Post Conviction. On April 29, 2015 left for that writ but the ICE put Hold detainer on Petitioner. ICE can not get a travel document for the Petitioner. Petitioner is still wanting for his removed for this Country. An ICE agent Davis told that he can not get her travel document for my country. He told me they came going to hold me as long as the can. I am asking this court to order her to release Me. Petitioner asserts he been discriminated against and deprived of Equal Protection in the ICE court. Please see the 14th Amendment of the United States Constitution. See city of Cleburne v. Cleburne Living Center 473 U.S. 432, 105 S.Ct 3249, 87 L.Ed 2d 313, (1985) which held: "A Equal Protection violation occurs anytime government treats someone differently than another who is similarly situated."

Petitioner SS# 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-

Petitioner asserts he has been DEPRIVED of Due Process.

**PETITIONER MOTION TO REMOVE DETAINER HOLDER**

Comes Now, JOSEPH KAISAM, Proceeding Prose hereby Move this Honorable Court, to Remove Detainer holder because the United State IMMIGRATION CUSTOMS ENFORCEMENT (ICE) Failed to comply with its obligation to produce such information in a timely fashion.

1. On December, 2014 Petitioner was Order deported. Petitioner filed a Motion for release with the Clerk of Court and upon the office of the Attorney General.

2. Counsel for the Government has not provided initial release to the Petitioner. Rose wishes to attempt to resolve all such order-related issues informally before filing any Petitioner Motions, and to only file such Motions should these informed efforts be unavailing.

3. Accordingly the Petitioner request that the Court compel the government to comply with its detainer holder remove obligations.

## CONCLUSION

Wherefore, Petitioner (Joseph Kaisam) respectfully requests this Honorable court (As Relief)

1. FAILURE TO GET TRAVEL DOCUMENT FROM PETITIONER COUNTRY GOVERNMENT
2. HOLDING AND DETAINER OR PLACING A HOLDING DETAINER ON PETITIONER STOPPING FROM GETTING RELEASE.
3. LOSS/LACK OF JURISDICTION
4. ICE IS ABUSING POWER
5. ORDER ICE TO REMOVE DETAINER HOLDER

Petitioner respectfully request Liberal Construction of this filing in accordance with the U.S. Supreme Court case ruling in Haines v. Kerner, 404 U.S. 519, 30 L-Ed 2d 652, 92 S.Ct 594 (1972).

Furthermore, Petitioner respectfully request this Honorable Court grant unto Petitioner such other and further relief as the May deem Just and Proper.

The foregoing is true and correct I declare under the Penalty of Perjury.

Petitioner respectfully request in the Best Interest of Justice to prevent an ABSOLUTE MISCARRIAGE OF JUSTICE see Murray v. Carrier, 477 U.S. 478, 495, 91 L.Ed 397, 106 S.Ct-2639 (1986)

The foregoing is true and correct I declare under the Penalty of Perjury.

Joseph Kaisam
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